Case No. 25-7126

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

TREVOR KEVIN BAYLIS,

*Plaintiff-Appellant,*

v.

VALVE CORPORATION,

*Defendant-Appellee.*

On Appeal from the United States District Court
for Western Washington, Seattle
Case No. 2:23-cv-01653-RSM
The Honorable Ricardo S. Martinez

**APPELLEE'S INDEX TO
SUPPLEMENTAL EXCERPTS OF RECORD**

Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorneys for Appellee Valve Corporation*

# INDEX OF SUPPLEMENTAL EXCERPTS OF RECORD

| Date Filed | Document | Docket No. | Page Numbers |
|---|---|---|---|
| **VOLUME 1 of 4** | | | |
| 11/20/2025 | Order Denying Rule 59(e) Motion | 115 | 1-SER-2 - 4 |
| 10/29/2025 | Order Granting Motion for Summary Judgment | 98 | 1-SER-5 - 13 |
| 7/30/2025 | Order Denying Motions to Strike Defenses | 75 | 1-SER-14 - 19 |
| 4/29/2024 | Order Granting Motion to Refer to the Register of Copyrights and For Stay of Proceedings | 60 | 1-SER-20 - 24 |
| 1/12/2024 | Minute Order, Motions Terminated | 21 | 1-SER-25 - 26 |
| **VOLUME 2 of 4** | | | |
| 12/1/2025 | Order Denying Rule 60(b) Motion | 121 | 2-SER-28 - 30 |
| 11/25/2025 | Defendant Valve Corporation's Response to Rule 60(b)(4) Motion | 119 | 2-SER-31 - 33 |
| 11/19/2025 | Plaintiff's Reply to Defendant Valve Corporation's Response | 113 | 2-SER-34 - 42 |
| 11/19/2025 | Exhibit A – Hollywood Reporter article | 113-1 | 2-SER-43 - 44 |
| 11/19/2025 | Exhibit B – Online publication | 113-2 | 2-SER-45 - 49 |

| | | | |
|---|---|---|---|
| 11/19/2025 | Exhibit C – Online publication | 113-3 | 2-SER-50 - 52 |
| 11/19/2025 | Exhibit D – The Guardian article | 113-4 | 2-SER-53 - 57 |
| 11/19/2025 | Exhibit E – Plaintiff Trevor Kevin Baylis Request for Judicial Notice of Foreign Laws | 113-5 | 2-SER-58 - 70 |
| 11/19/2025 | Exhibit G – Photos | 113-7 | 2-SER-71 - 75 |
| 11/19/2025 | Exhibit K – Guide to the Berne Convention for the Protection of Literary and Artistic Works (Paris Act, 1971) | 113-11 | 2-SER-76 – 305 |
| 11/18/2025 | Defendant Valve Corporation's Response to Motion to Amend Judgment | 112 | 2-SER-306 - 311 |
| 11/12/2025 | Exhibit B – Emails | 110-1 | 2-SER-312 - 315 |
| 11/10/2025 | Notice of Appeal of Trevor Kevin Baylis | 109 | 2-SER-316 - 318 |
| **VOLUME 3 of 4** | | | |
| 11/3/2025 | Plaintiff's Rule 59 Motion to Amended [*sic*] the Judgment | 104 | 3-SER-320 - 348 |
| 10/31/2025 | Order Denying Motion for Reconsideration | 102 | 3-SER-349 - 351 |
| 10/29/2025 | Judgment in a Civil Case | 99 | 3-SER-352 |
| 9/25/2025 | Defendant Valve Corporation's Reply in Support of Motion for Summary Judgment | 92 | 3-SER-353 - 361 |
| 9/15/2025 | Declaration of Sebastian Barquin in Support of Plaintiff's Opposition to | 88 | 3-SER-362 - 364 |

| | | | |
|---|---|---|---|
| | Defendant's Motion for Summary Judgment | | |
| 9/15/2025 | Declaration of Kelly Myers in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment | 86 | 3-SER-365 - 376 |
| 9/15/2025 | Declaration of Trevor Baylis in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment | 85 | 3-SER-377 - 386 |
| 9/15/2025 | Exhibit B1 – Iron Sky End Credits | 85-4 | 3-SER-387 - 388 |
| 9/15/2025 | Transcript PDF of Exhibit B1 | 85-5 | 3-SER-389 |
| 9/15/2025 | Exhibit W – Iron Sky Universe Oy's Financial Statements | 85-27 | 3-SER-390 - 401 |
| 9/15/2025 | Plaintiff's Opposition to Defendant's Motion for Summary Judgment | 84 | 3-SER-402 - 428 |
| 9/2/2025 | Plaintiff's Notice of Objection on Defendant Valve Corporation's Notice of Intent to Raise Foreign Law | 79 | 3-SER-429 - 433 |
| 8/28/2025 | Declaration of Patrik Lindfors in Support of Defendant Valve Corporation's Motion for Summary Judgment | 77 | 3-SER-434 – 440 |
| 8/28/2025 | Email Transmittal - Defendant Valve Corporation's Motion for Summary Judgment | 77-1 | 3-SER-441 – 442 |
| 8/28/2025 | Exhibit A – Patrik Lindfors CV | 77-2 | 3-SER-443 - 448 |
| 8/28/2025 | Exhibit B – Certified Translation of Finlex'Case law'Market Court'2018'MAO:302/18 | 77-3 | 3-SER-449 - 522 |

| 8/28/2025 | Defendant Valve Corporation's Motion for Summary Judgment | 76 | 3-SER-523 - 537 |
|---|---|---|---|
| 3/10/2025 | Response of the Register of Copyrights Pursuant to 17 U.S.C. § 411(b)(2) | 66-1 | 3-SER-538 - 546 |
| 4/25/2024 | Exhibit E – Defendant Valve Corporation's Responses to Plaintiff Trevor Kevin Baylis's Request for Admission Set 5 | 59-5 | 3-SER-547 – 553 |
| 4/24/2024 | Defendant Valve Corporation's First Amended Answer and Affirmative Defenses to Plaintiff Trevor Kevin Baylis' Second Amended Complaint | 54 | 3-SER-554 - 573 |
| 4/13/2024 | Exhibit C – Machine Translation of Pirkanmaa District Court, Finland, Baylis v Troll VFX, L15/32468 | 49-3 | 3-SER-574 - 612 |
| **VOLUME 4 of 4** | | | |
| 4/10/2024 | Exhibit C – Machine Translation of Pirkanmaa District Court, Finland, Baylis v Troll VFX, L15/32468 | 46-3 | 4-SER-614 - 652 |
| 4/10/2024 | Plaintiff's Response to Valve's Motion to Refer Copyright Registration Questions to the Register of Copyrights and for Stay of Proceedings | 45 | 4-SER-653 - 668 |
| 4/3/2024 | Declaration of Jonah O. Harrison in Support of Motion to Refer Copyright Registration Questions to the Register of Copyrights and for Stay of Proceedings | 44 | 4-SER-669 - 672 |
| 4/3/2024 | Exhibit A – Certificate of Copyright Registration | 44-1 | 4-SER-673 - 674 |

| | | | |
|---|---|---|---|
| 4/3/2024 | Exhibit B – Copyright Deposit | 44-2 | 4-SER-675 - 692 |
| 4/3/2024 | Exhibit D – Certified Translation of Finlex'Case law'Market Court'2018'MAO:302/18 | 44-4 | 4-SER-693 - 766 |
| 4/3/2024 | Exhibit E – Finnish Supreme Court Decision | 44-5 | 4-SER-767 - 768 |
| 4/3/2024 | Motion to Refer Copyright Registration Questions to the Register of Copyrights and for Stay of Proceedings | 43 | 4-SER-769 - 779 |
| 3/20/2024 | Order Granting Partial Motion to Dismiss | 35 | 4-SER-780 - 785 |
| 2/6/2024 | Plaintiff Trevor Kevin Baylis Second Amended Complaint | 25 | 4-SER-786 - 833 |
| 1/11/2024 | Plaintiff Trevor Kevin Baylis Request for Judicial Notice of Foreign Laws | 19 | 4-SER-834 - 845 |
| 10/30/2023 | Complaint for a Civil Case | 5 | 4-SER-846 – 851 |
| 11/10/2025 | Notice of Appeal of Trevor Kevin Baylis | 109 | 4-SER-852 – 854 |
| | Civil Docket for Case No. 2:23-cv-01653-RSM – United States District Court, Western District of Washington (Seattle) – *Trevor Kevin Baylis v. Valve Corporation* | | 4-SER-855 – 866 |

6

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: February 20, 2026.

ARETE LAW GROUP PLLC

*/s/ Jonah O. Harrison*
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorneys for Appellee Valve Corporation*